1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  for the WESTERN DISTRICT of WASHINGTON
7
8   PUGET SOUNDKEEPER ALLIANCE,         )
                                        )
9                         Plaintiff,    )
                                        )
10                  vs.                 )    C07-269 JPD
                                        )
11  YOUNG CORPORATION,                  )
                                        )    MINUTE ORDER RESETTING
12                        Defendant.    )    DEADLINES

        The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

        Defendant having filed a Notice of Appearance on March 12, 2007, has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

        The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 27, 2007

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 4, 2007

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 11, 2007

        The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to May 11, 2007. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than May 11, 2007, to consent or decline, deputy clerk Peter H. Voelker

1  may be notified at (206) 370-8422, or by fax at (206) 370-8425.  An individual party's decision
2  on consent is not to be filed electronically or forwarded in any form to the chambers of Judge
3  Donohue.

7           Dated this 13fth of March, 2007

9           Bruce Rifkin, Clerk of Court

11          /s/ PETER H. VOELKER
            Peter H. Voelker, Deputy Clerk