UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | | |
| | Plaintiff, | C07-269 JPD |
| vs. | | |
| YOUNG CORPORATION, dba Meltec Division, | | **AMENDED ORDER ASSIGNING CASE UPON CONSENT OF THE PARTIES** |
| | Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Robert S. Lasnik, Chief United States District Judge:

It is hereby ORDERED, pursuant to the consent of all parties pursuant to paragraph 7 of the Joint Status Report (dkt #8, posted May 11, 2007), this case will remain assigned to the Honorable James P. Donohue, United States Magistrate Judge, for the conduct of all further proceedings and for the entry of judgment in accordance with 28 U.S.C. §636(c), F.R.C.P. 73, and Local Rule MJR13.

1
2
3
4
5
6          Dated this 15th day of May, 2007
7
8          Bruce Rifkin
           Clerk of Court
9
10         by: /s/ PETER H. VOELKER
                Peter H. Voelker, Deputy Clerk
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28